Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Maxum Indemnity Company,

        Plaintiff(s),

v.

Sullivan Vinyards Corporation, et. al.

        Defendant(s).

Case No: 4:16-cv-03611 D

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Daniel E. Tranen, an active member in good standing of the bar of GA, MO, IL and MA, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiff Maxum Indemnity Company in the above-entitled action. My local co-counsel in this case is John H. Podesta, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Wilson Elser, 101 West Vandalia Street, Suite 101, Edwardsville, IL 62025 | Wilson Elser, 525 Market Street, 17th Floor, San Francisco, CA 94105 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (618) 307-4895 | (415) 433-0990 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| daniel.tranen@wilsonelser.com | john.podesta@wilsonelser.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 715425 (GA).

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 07/13/16

        Daniel E. Tranen
        APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Daniel E. Tranen is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 8/11/2016

        *Haywood S. Gill*
        UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE



HUGH P. THOMPSON, CHIEF JUSTICE
P. HARRIS HINES, PRESIDING JUSTICE
ROBERT BENHAM
CAROL W. HUNSTEIN
HAROLD D. MELTON
DAVID E. NAHMIAS
KEITH R. BLACKWELL
   JUSTICES

# Supreme Court
# State of Georgia

STATE JUDICIAL BUILDING
Atlanta 30334

THÉRÈSE S. BARNES, CLERK
JEAN RUSKELL, REPORTER

July 7, 2016

    I hereby certify that Daniel Ephriam Tranen, Esq., was admitted on the 12th day of October, 2000, as a member of the bar of the Supreme Court of Georgia, the highest court of this State; and, since that date he has been and is now a member of this bar in good standing, as appears from the records and files in this office.

    Witness my signature and the seal of this Court hereto affixed the day and year first above written.

*[signature]*, Clerk