UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAXUM INDEMNITY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>SULLIVAN VINEYARDS CORPORATION, et al.,<br><br>Defendants. | Case No. 16-cv-03611-HSG<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION REGARDING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**<br><br>Re: Dkt. No. 31 |

The Court has reviewed Magistrate Judge Spero's Report and Recommendation Re Plaintiff's Motion for Default Judgment. The time for objections has passed and none were filed. The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly,

IT IS HEREBY ORDERED that Plaintiff's Motion for Default Judgment is GRANTED. The Clerk shall enter judgment in accordance with the Report and Recommendation and close the file.

**IT IS SO ORDERED.**

Dated: November 29, 2016

HAYWOOD S. GILLIAM, JR.
United States District Judge